# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SCOTT MONROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cv-620 |
| | ) |
| MIRAMED REVENUE GROUP, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, SCOTT MONROE, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: April 15, 2019                    RESPECTFULLY SUBMITTED,

                                                      By: /s/ Michael S. Agruss
                                                      Michael S. Agruss
                                                      IL State Bar #: 6281600
                                                      Agruss Law Firm, LLC
                                                      4809 N. Ravenswood Ave., Suite 419
                                                      Chicago, IL 60640
                                                      Tel: 312-224-4695
                                                      Fax: 312-253-4451
                                                      michael@agrusslawfirm.com
                                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On April 15, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Nabil G. Foster, at NFoster@hinshawlaw.com.

By: /s/ Michael S. Agruss
Michael S. Agruss