## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| SCOTT MONROE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-620 |
| MIRAMED REVENUE GROUP, LLC, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

Plaintiff, SCOTT MONROE, and Defendant, MIRAMED RECOVERY GROUP, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: June 5, 2019

RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss
Michael S. Agruss
IL State Bar #: 6281600
Agruss Law Firm, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

RESPECTFULLY SUBMITTED,

By: /s/ Kevin T. Crocker, Esq.
Kevin T. Crocker, Esq.
Texas Bar No. 05087250
BARRON & NEWBURGER, P.C
7320 N. Mopac Expwy., Suite 400
Austin, Texas 78731
(512) 649-2417 [Telephone]
(512) 279-0310 [Facsimile]
Email: kcrocker@bn-lawyers.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On June 5, 2019, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/ Michael S. Agruss
Michael S. Agruss